THE STATE OF OHIO, APPELLEE, *v.* HAMBLIN, APPELLANT.

[Cite as *State v. Hamblin* (1994), 71 Ohio St.3d 291.]

(No. 94–1818—Submitted November 29, 1994—Decided December 23, 1994.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Diane Smilanick,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker*, Ohio Public Defender, and *Kathleen A. McGarry*, Assistant Public Defender, for appellant.

---

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.